# United States District Court
# Eastern District of California

Malkeet Singh

Plaintiff(s)

V.

Blanche, et al

Defendant(s)

Case Number: 1:26-cv-07902-DAD-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Elizabeth Eckholm hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Malkeet Singh

On 10/09/2023 (date), I was admitted to practice and presently in good standing in the State of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/22/2026 Signature of Applicant: /s/ Elizabeth Eckholm

**Pro Hac Vice Attorney**

Applicant's Name: Elizabeth Eckholm

Law Firm Name: Ratkowski Law PLLC

Address: 332 Minnesota Stresst, W1610

City: St Paul State: MN Zip:

Phone Number w/Area Code: (651) 755-5150

City and State of Residence: Plymouth, Minnestoa

Primary E-mail Address: liz@ratkowskilaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sabrina Damast

Law Firm Name: Law Office of Sabrina Damast

Address: 510 West 6th Street, Suite 330

City: Los Angeles State: CA Zip: 90014

Phone Number w/Area Code: (323) 475-8716 Bar # 305710

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 3, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT